IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. DNCW5:13CR000056-001 |
| | ) | (Financial Litigation Unit) |
| STEVEN MICHAEL STONE | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| JET CORR INC., | ) | |
| Garnishee. | ) | |

**DISMISSAL OF ORDER OF CONTINUING GARNISHMENT**

Upon Motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Order of Continuing Garnishment filed in this case against Defendant Steven Michael Stone is DISMISSED.

**SO ORDERED**.

Signed: April 24, 2017

David S. Cayer
United States Magistrate Judge